IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARLOWE BROWN,

       Petitioner,               No. CIV S-09-3241 DAD P

   vs.

U.S. DISTRICT COURT,

       Respondent.        <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has also filed an in forma pauperis affidavit.  However, petitioner's affidavit is unsigned and missing several pages.  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to submit a complete in forma pauperis affidavit.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1.  Petitioner's November 23, 2009 motion to proceed in forma pauperis (Doc. No. 3) is denied without prejudice;

       2.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis that is complete and signed;

/////

1

1  petitioner's failure to comply with this order will result in a recommendation for dismissal of this

2  action; and

3         3.  The Clerk of the Court is directed to send petitioner a copy of the in forma

4  pauperis form used by this district.

5  DATED: December 1, 2009.

6

7  _____

8  DAD:9                    DALE A. DROZD
   brow3241.101a             UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2