```
 1
 2
 3
 4
 5
 6
 7
 8                          IN THE UNITED STATES DISTRICT COURT
 9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10   MARLOWE BROWN,
11                  Petitioner,              No. CIV S-09-3241 DAD P
12          vs.
13   U.S. DISTRICT COURT,
14                  Respondent.              ORDER
15                                     /
16          Petitioner is a state prisoner proceeding pro se with a habeas corpus action filed
17   pursuant to 28 U.S.C. § 2254. In accordance with the court's January 15, 2010 order, petitioner
18   has filed an amended petition.
19          As the court previously advised, "[a] petitioner for habeas corpus relief must name
20   the state officer having custody of him or her as the respondent to the petition." Stanley v.
21   California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. §
22   2254). Petitioner has named Rick Hill as the respondent in his amended petition. Rick Hill,
23   however, is not the proper respondent. Accordingly, the instant petition must be dismissed with
24   leave to amend. See Stanley, 21 F.3d at 360. Petitioner is advised that the proper respondent in
25   the usual habeas action is the warden of the institution where the petitioner is currently
26   /////
```

incarcerated.  See Stanley, 21 F.3d at 360.  Michael S. Evans is the current warden of Old Folsom State Prison.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's amended petition for writ of habeas corpus is dismissed with leave to file a second amended petition within thirty days from the date of this order;

2. Any second amended petition must be filed on the form employed by this court, must name the proper respondent, and must state all claims and prayers for relief on the form.  It must bear the case number assigned to this action and must bear the title "Second Amended Petition"; and

3. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

DATED: February 9, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brow3241.122(2)