1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MARLOWE BROWN,

11            Petitioner,                         No. CIV S-09-3241 JAM DAD P

12        vs.

13    RICK HILL, Warden,

14            Respondent.                         ORDER

15    _____/

16            On May 27, 2010, respondent Hill filed a motion to dismiss in this case, arguing

17    therein that petitioner's application for a writ of habeas corpus is time-barred.  Petitioner has not

18    opposed the motion.

19            Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the

20    date of this order, petitioner shall file an opposition to respondent Hill's May 27, 2010 motion to

21    dismiss.  Failure to file an opposition will be deemed as a statement of non-opposition and shall

22    result in a recommendation that this case be dismissed pursuant Federal Rule of Civil Procedure

23    41(b).

24    DATED: July 6, 2010.

25

26    DAD:sj
      brow3241.146

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE